IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER ALEXANDER SORIA,   Case No. 6:15-cv-1025-TC

    Plaintiff,   ORDER

  v.

UNITED STATES GOVERNMENT,

    Defendants.

---

Aiken, Chief Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on August 7, 2015. Magistrate Judge Coffin recommends that plaintiff's complaint be dismissed for failure to state a claim. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

-1-   ORDER

<u>Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff did not object to Magistrate Judge Coffin's ruling, although he again filed a so-called amended complaint. However, I find no error. Plaintiff's filing does not cure the deficiencies of his claims.

    THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 11) filed August 7, 2015 is ADOPTED in its entirety. This case is DISMISSED.
IT IS SO ORDERED.

    Dated this _16th_ day of September, 2015.

                                         Ann Aiken
                         United States District Judge